R. Anthony Michetti, Esquire
Attorney I.D. # 30049
MARSHALL, DENNEHEY, WARNER,          Attorney for Alpha Sprinkler, Inc.
COLEMAN & GOGGIN
10 N. Main Street, 2nd Floor
Doylestown, PA 18901
Telephone 267-880-2020
Fax 215-348-5439

## UNITED STATES DISTRICT COURT IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY OF DELAWARE, | : | NO. 02-3578 |
| AS SUBROGEE OF NATIONAL ASSISTED LIVING | : | |
| A/K/A LIBERTY HEALTHCARE | : | |
| | : | |
| vs. | : | |
| | : | |
| ALPHA SPRINKLER, INC., and CENTRAL | : | |
| SPRINKLER COMPANY | : | |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of Defendant, Alpha Sprinkler, Inc., in the above-captioned matter.

                            MARSHALL, DENNEHEY, WARNER,
                                COLEMAN & GOGGIN


            By:    R. ANTHONY MICHETTI, ESQUIRE
                   Attorney for Defendant,
                   Alpha Sprinkler, Inc.

           Date: