## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL INDEMNITY COMPANY OF DELAWARE, as subrogee of National Assisted Living a/k/a Liberty Healthcare,     : <br> : <br> : <br> : <br> Plaintiff,     : <br> : <br> v.     : <br> : <br> : <br> ALPHA SPRINKLER, INC., and CENTRAL SPRINKLER COMPANY,     : <br> : <br> : <br> Defendants.     : <br> : | CIVIL ACTION NO. <br>  02-CV-3578 |

### DEFENDANT CENTRAL SPRINKLER COMPANY'S ANSWER TO DEFENDANT ALPHA SPRINKLER, INC.'S CROSS-CLAIM

70 - 71.        Denied.

WHEREFORE, Defendant Central Sprinkler Company demands judgment in its favor and against Plaintiff and Defendant Alpha Sprinkler, Inc., together with an award of costs, attorneys' fees, and such other relief as this Court deems just and equitable.

Respectfully submitted,

Dated:   August 21, 2002

_____
John C. Fenningham
Maura F. Ratigan
Corr, Stevens & Fenningham
Five Neshaminy Interplex, Suite 315
Trevose, PA   19053

Attorneys for Defendant,
Central Sprinkler Company

## CERTIFICATE OF SERVICE

I, Maura F. Ratigan, Esquire, hereby certify that on August 22, 2002, I served a true and correct copy of Defendant Central Sprinkler Company's Answer to Defendant Alpha Sprinkler, Inc.'s Cross-claim *via* first class, U.S. Mail, postage prepaid, on the following individuals:

Robert M. Caplan, Esquire
COZEN O'CONNOR
1900 Market Street, Third Floor
Philadelphia, PA 19103

Attorney for Plaintiff

R. Anthony Michetti, Esquire
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
10 North Main Street, 2nd Floor
Doylestown, PA 18901

Attorney for Alpha Sprinkler, Inc.


_____
Maura F. Ratigan

Dated:  August 22, 2002
F:\WP\WORK\MFR\AHCC814.DOC