\04_A\LIAB\MXK\LLPG\79182\KAP\21085\00118

R. Anthony Michetti, Esquire
Attorney I.D. # 30049
MARSHALL, DENNEHEY, WARNER,        Attorney for Alpha Sprinkler, Inc.
COLEMAN & GOGGIN
10 N. Main Street, 2nd Floor
Doylestown, PA 18901
Telephone 267-880-2020
Fax 215-348-5439

# UNITED STATES DISTRICT COURT IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY OF DELAWARE, AS SUBROGEE OF NATIONAL ASSISTED LIVING A/K/A LIBERTY HEALTHCARE | : : : : | NO. 02-3578 |
| vs. | : : | |
| ALPHA SPRINKLER, INC., and CENTRAL SPRINKLER COMPANY | : : | |

### ALPHA SPRINKLER, INC.'S RESPONSE TO DEFENDANT, CENTRAL SPRINKLER COMPANY'S CROSSCLAIM AGAINST DEFENDANT, ALPHA SPRINKLER, INC.

84-86.  Denied.

**WHEREFORE**, answering Defendant, Alpha Sprinkler, Inc. demands judgment in its favor and against all parties.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN


By:   R. ANTHONY MICHETTI, ESQUIRE
      Attorney for Defendant,
      Alpha Sprinkler, Inc.

Date:

## **V E R I F I C A T I O N**

**R. Anthony Michetti, Esquire**, being duly sworn according to law does depose and say that he is a member of the firm of Marshall, Dennehey, Warner, Coleman and Goggin, Esquires, attorneys of record for the within named Defendant(s) and being authorized so to do does take this Verification stating that the facts contained in the foregoing are true and correct to the best of his information knowledge and belief.

The Verification being subject to 18 Pennsylvania Consolidated Statute, § 4904 which provides for certain penalties for making false statements.

                                          MARSHALL, DENNEHEY, WARNER,
                                          COLEMAN & GOGGIN


By:   R. Anthony Michetti, Esquire
       Attorney for Defendant


Date: _____