UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL INDEMNITY COMPANY<br>OF DELAWARE, as subrogee of<br>National Assisted Living a/k/a<br>Liberty Healthcare,<br><br>         Plaintiff<br>   v.<br><br>ALPHA SPRINKLER, INC, and<br>CENTRAL SPRINKLER COMPANY<br><br>         Defendants.<br><br>   v.<br><br>SIEMENS BUILDING TECHNOLOGIES, INC.<br><br>         Third-Party Defendant. | : CIVIL CASE NO: 02-CV-3578<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S COMPLAINT AGAINST THIRD-PARTY DEFENDANT, SIEMENS BUILIDNG TECHNOLOGIES, INC., PURSUANT TO RULE 14(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

1. Plaintiff, Royal Indemnity Company of Delaware (hereinafter "Royal"), initiated this action by filing a Complaint, a copy of which is attached hereto as Exhibit "A."

2. Defendant and Third-Party Plaintiff, Central Sprinkler Company (hereinafter "Central"), filed a Third-Party Complaint against Third-Party Defendant, Siemens Building Technologies, Inc. (hereinafter "Siemens"), by which Central seeks indemnity or contribution from Siemens based upon theories set forth in the Third-Party Complaint, a copy of which is attached as Exhibit "B."

3. The citizenship of Plaintiff, Royal, which is incorporated in Delaware and has a principal place of business in North Carolina, is diverse from the citizenship of Siemens, which

is a citizen of the State of Pennsylvania, and the amount in controversy exceeds the sum of Seventy Five Thousand ($75,000) Dollars.

4. In the event that Siemens is found to have been careless, negligent or responsible for any other liability producing conduct which is determined by the fact finder to be a proximate cause of the Plaintiff's damages, pursuant to Rule 14(a) of the Federal Rules of Civil Procedure, Plaintiff asserts a direct claim against Third-Party Defendant, Siemens, for its damages, incorporating by reference the allegations set forth against Siemens in the Third-Party Complaint of Central.

WHEREFORE, Plaintiff, Royal Indemnity Company of Delaware, as subrogee of National Assisted Living a/k/a Liberty Healthcare, demands judgment against the Third-Party Defendant, Siemens Building Technologies, Inc., in an amount in excess of Four Hundred Thousand Dollars ($400,000), together with pre-judgment interest and the costs of prosecuting this action.

RESPECTFULLY SUBMITTED

COZEN O'CONNOR

BY:_____
       Robert M. Caplan, Esquire
       1900 Market Street, Third Floor
       Philadelphia, PA  19103
       (215) 665-2000

Dated:_____ _____