\04_A\LIAB\MXK\LLPG\83930\CLT\21085\00118

R. Anthony Michetti, Esquire
Attorney I.D. # 30049
MARSHALL, DENNEHEY, WARNER,                    Attorney for Alpha Sprinkler, Inc.
COLEMAN & GOGGIN
10 N. Main Street, 2nd Floor
Doylestown, PA 18901
Telephone 267-880-2020
Fax 215-348-5439

**UNITED STATES DISTRICT COURT IN THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY OF DELAWARE, AS SUBROGEE OF NATIONAL ASSISTED LIVING A/K/A LIBERTY HEALTHCARE | : : : : | NO. 02-3578 |
| vs. | : : | |
| ALPHA SPRINKLER, INC., and CENTRAL SPRINKLER COMPANY | : : | |

**DEFENDANT, ALPHA SPRINKLER, INC.'S CROSSCLAIM AGAINST SIEMENS BUILDING TECHNOLOGIES, INC.**

Defendant, Alpha Sprinkler, Inc., by and through its attorneys, Marshall, Dennehey, Warner, Coleman & Goggin and R. Anthony Michetti, Esquire submits this crossclaim against Siemens Building Technologies, Inc., as follows:

1. Defendant, Alpha Sprinkler, Inc., incorporates by reference its Answer, Affirmative Defenses and Crossclaim as though set forth at length.

2. If the allegations in the Plaintiffs' Complaint, Central Sprinkler Company's Joinder Complaint, and Royal Indemnity Company's Third Party Complaint, attached hereto as Exhibits "A", "B" and "C" respectively, are proven, then the damages alleged by the Plaintiff are the result of lack of care or negligence on the part of Siemens Building Technologies, Inc., which is alone liable to the Plaintiff or in the alternative jointly and/or severally liable or liable over to Defendant, Alpha Sprinkler, Inc., by way of contribution and/or indemnity.

WHEREFORE, Defendant, Alpha Sprinkler, Inc., prays that this Honorable Court declare Siemens Building Technologies, Inc., alone liable to the Plaintiff or in the alternative, jointly and severally liable with Defendant, Alpha Sprinkler, Inc., or liable over to Defendant, Alpha Sprinkler, Inc., by way of contribution and/or indemnity.

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

**BY:** _____
    **R. ANTHONY MICHETTI, ESQUIRE**

**DATE:** _____

# V E R I F I C A T I O N

**STATE OF PENNSYLVANIA  :**

**COUNTY OF BUCKS   :**

**R. ANTHONY MICHETTI,** being duly sworn according to law, hereby deposes and says that he is the **Attorney for the Defendant** in the attached matter, and being authorized so to do, does take this Verification stating that the facts contained in the foregoing are true and correct to the best of his information, knowledge and belief.

This Verification is taken by R. Anthony Michetti, Esquire as time constraints do not permit a Verification from The Bug Stop, Inc. All information used in preparing the Answer obtained from The Bug Stop, Inc.

This Verification being subject to 18 Pennsylvania Consolidated Statutes, Section 4904 which provides for certain penalties for making false statements.

        **MARSHALL, DENNEHEY, WARNER**
        **COLEMAN AND GOGGIN**

        **By:** _____
            **R. ANTHONY MICHETTI, ESQUIRE**

DATED: _____

**Please attach the Plaintiffs' Complaint against Third Party Defendant, Siemens Building Technologies, the Plaintiffs' Complaint and Central Sprinkler's Third Party Complaint as Exhibits "C", "A", and "B", in that order.**