IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL INDEMNITY COMPANY OF DELAWARE, as subrogee of National Assisted Living a/k/a Liberty Healthcare, <br><br> Plaintiff, <br><br> v. <br><br> ALPHA SPRINKLER, INC., and CENTRAL SPRINKLER COMPANY, <br><br> Defendants, <br><br> v. <br><br> SIEMENS BUILDING TECHNOLOGIES, INC., <br><br> Third-Party Defendant. | CIVIL ACTION NO. <br> 02-CV-3578 |

**DEFENDANT CENTRAL SPRINKLER COMPANY'S
ANSWER TO THIRD-PARTY DEFENDANT SIEMENS BUILDING
TECHNOLOGIES, INC.'S CROSS-CLAIM ASSERTED IN ITS ANSWER
TO THE CROSS-CLAIMS OF DEFENDANT ALPHA SPRINKLER, INC.**

38 - 40.   Denied.

WHEREFORE, Defendant Central Sprinkler Company demands judgment in its favor and against Plaintiff, Defendant Alpha Sprinkler, Inc., and Third-Party Defendant Siemens Building Technologies, Inc. together with an award of costs, attorneys' fees, and such other relief

as this Court deems just and equitable.

                                               Respectfully submitted,

Dated:  January 2, 2003                                  _____
                                               John C. Fenningham
                                               Mark C. Labrum
                                               Maura F. Ratigan
                                               Corr, Stevens & Fenningham
                                               Five Neshaminy Interplex, Suite 315
                                               Trevose, PA   19053

                                               Attorneys for Defendant,
                                               Central Sprinkler Company

## CERTIFICATE OF SERVICE

I, Maura F. Ratigan, Esquire, hereby certify that on January 2, 2003, I served a true and correct copy of Defendant Central Sprinkler Company's Answer to Third-Party Defendant Siemens Building Technologies, Inc.'s Cross-Claim Asserted in its Answer to the Cross-Claims of Defendant Alpha Sprinkler, Inc. *via* first class, U.S. Mail, postage prepaid, on the following individuals:

> Robert M. Caplan, Esquire
> COZEN O'CONNOR
> 1900 Market Street, Third Floor
> Philadelphia, PA 19103
>
> Attorney for Plaintiff
>
> R. Anthony Michetti, Esquire
> MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
> 10 North Main Street, 2nd Floor
> Doylestown, PA 18901
>
> Attorney for Alpha Sprinkler, Inc.
>
> Jonathan C. McGovern
> Matthew T. Corso
> O'BRIEN & RYAN LLP
> 2250 Hickory Road
> Suite 300, Hickory Pointe
> Plymouth Meeting, PA  19462
>
> Attorneys for Third-Party Defendant
> Siemens Building Technologies, Inc.

_____
Maura F. Ratigan

Dated:  January 2, 2003
F:\WP\WORK\MFR\AH-SIEMENSCC2.814