IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL INDEMNITY COMPANY OF DELAWARE, as subrogee of National Assisted Living a/k/a Liberty Healthcare, <br><br> Plaintiff, <br><br> v. <br><br> ALPHA SPRINKLER, INC., and CENTRAL SPRINKLER COMPANY, <br><br> Defendants, <br><br> v. <br><br> SIEMENS BUILDING TECHNOLOGIES, INC., <br><br> Third-Party Defendant. | CIVIL ACTION NO. 02-CV-3578 |

**DEFENDANT CENTRAL SPRINKLER COMPANY'S
ANSWER TO THIRD-PARTY DEFENDANT SIEMENS BUILDING
TECHNOLOGIES, INC.'S CROSS-CLAIM ASSERTED IN ITS ANSWER
TO DEFENDANT CENTRAL SPRINKLER'S THIRD-PARTY COMPLAINT**

43 - 45.   Denied.

WHEREFORE, Defendant Central Sprinkler Company demands judgment in its favor and against Plaintiff, Defendant Alpha Sprinkler, Inc., and Third-Party Defendant Siemens Building Technologies, Inc. together with an award of costs, attorneys' fees, and such other relief

as this Court deems just and equitable.

                                                                  Respectfully submitted,

Dated:  January 2, 2003                              _____

                                                                  John C. Fenningham
                                                                  Mark C. Labrum
                                                                  Maura F. Ratigan
                                                                  Corr, Stevens & Fenningham
                                                                  Five Neshaminy Interplex, Suite 315
                                                                  Trevose, PA   19053

                                                                  Attorneys for Defendant,
                                                                  Central Sprinkler Company

## CERTIFICATE OF SERVICE

I, Maura F. Ratigan, Esquire, hereby certify that on January 2, 2003, I served a true and correct copy of Defendant Central Sprinkler Company's Answer to Third-Party Defendant Siemens Building Technologies, Inc.'s Cross-Claim Asserted in its Answer to the Defendant Central Sprinkler's Third-Party Complaint *via* first class, U.S. Mail, postage prepaid, on the following individuals:

> Robert M. Caplan, Esquire
> COZEN O'CONNOR
> 1900 Market Street, Third Floor
> Philadelphia, PA 19103
>
> Attorney for Plaintiff
>
> R. Anthony Michetti, Esquire
> MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
> 10 North Main Street, 2nd Floor
> Doylestown, PA 18901
>
> Attorney for Alpha Sprinkler, Inc.
>
> Jonathan C. McGovern
> Matthew T. Corso
> O'BRIEN & RYAN LLP
> 2250 Hickory Road
> Suite 300, Hickory Pointe
> Plymouth Meeting, PA  19462
>
> Attorneys for Third-Party Defendant
> Siemens Building Technologies, Inc.

_____
Maura F. Ratigan

Dated:  January 2, 2003
F:\WP\WORK\MFR\AH-SIEMENSCC1.814