IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROYAL INDEMNITY COMPANY OF DELAWARE, as subrogee of National Assisted Living a/k/a Liberty Healthcare, | : : : CIVIL ACTION NO. : 02-CV-3578 |
| Plaintiff, | : |
| v. | : |
| ALPHA SPRINKLER, INC., and CENTRAL SPRINKLER COMPANY, | : : |
| Defendants, | : |
| v. | : |
| SIEMENS BUILDING TECHNOLOGIES, INC., | : : |
| Third-Party Defendant. | : |

**DEFENDANT CENTRAL SPRINKLER COMPANY'S
ANSWER TO THIRD-PARTY DEFENDANT SIEMENS BUILDING
TECHNOLOGIES, INC.'S CROSS-CLAIM ASSERTED IN ITS ANSWER
TO PLAINTIFF'S THIRD-PARTY COMPLAINT**

46 - 48.     Denied.

WHEREFORE, Defendant Central Sprinkler Company demands judgment in its favor and against Plaintiff, Defendant Alpha Sprinkler, Inc., and Third-Party Defendant Siemens Building Technologies, Inc. together with an award of costs, attorneys' fees, and such other relief

as this Court deems just and equitable.

                                                  Respectfully submitted,

Dated:  January 2, 2003                                    _____

                                                  John C. Fenningham
                                                  Mark C. Labrum
                                                  Maura F. Ratigan
                                                  Corr, Stevens & Fenningham
                                                  Five Neshaminy Interplex, Suite 315
                                                  Trevose, PA   19053

                                                  Attorneys for Defendant,
                                                  Central Sprinkler Company

## CERTIFICATE OF SERVICE

I, Maura F. Ratigan, Esquire, hereby certify that on January 2, 2003, I served a true and correct copy of Defendant Central Sprinkler Company's Answer to Third-Party Defendant Siemens Building Technologies, Inc.'s Cross-Claim Asserted in its Answer to Plaintiff's Third-Party Complaint *via* first class, U.S. Mail, postage prepaid, on the following individuals:

Robert M. Caplan, Esquire
COZEN O'CONNOR
1900 Market Street, Third Floor
Philadelphia, PA 19103

Attorney for Plaintiff

R. Anthony Michetti, Esquire
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
10 North Main Street, 2nd Floor
Doylestown, PA 18901

Attorney for Alpha Sprinkler, Inc.

Jonathan C. McGovern
Matthew T. Corso
O'BRIEN & RYAN, LLP
2250 Hickory Road
Suite 300, Hickory Pointe
Plymouth Meeting, PA 19462

Attorneys for Third-Party Defendant
Siemens Building Technologies, Inc.

_____
Maura F. Ratigan

Dated: January 2, 2003
F:\WP\WORK\MFR\AH-SIEMENSCC3.814