\04_A\LIAB\RAM\SLPG\86675\CLT\21085\00115
21085.00118.041.
R. Anthony Michetti, Esquire
Attorney I.D. # 30049
MARSHALL, DENNEHEY, WARNER,     Attorney for Alpha Sprinkler, Inc.
COLEMAN & GOGGIN
10 N. Main Street, 2nd Floor
Doylestown, PA 18901
Telephone 267-880-2020
Fax 215-348-5439

**UNITED STATES DISTRICT COURT IN THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY OF DELAWARE, AS SUBROGEE OF NATIONAL ASSISTED LIVING A/K/A LIBERTY HEALTHCARE | : : : : | NO. 02-3578 |
| vs. | : : | |
| ALPHA SPRINKLER, INC., and CENTRAL SPRINKLER COMPANY | : : | |

**REPLY OF DEFENDANT, ALPHA SPRINKLER, INC., TO CROSSCLAIM OF SIEMENS BUILDING TECHNOLOGIES, INC., CONTAINED IN ITS ANSWER TO THE CROSSCLAIMS OF DEFENDANT, ALPHA SPRINKLER, INC.**

35.     This is an incorporation paragraph to which no response is required.

36.     Denied.

37.     Denied.

WHEREFORE, answering Defendant demands judgment in its favor and against all parties.

                              MARSHALL, DENNEHEY, WARNER,
                              COLEMAN & GOGGIN

                              BY: _____
                                  R. ANTHONY MICHETTI, ESQUIRE

                              DATE: _____

# V E R I F I C A T I O N

**STATE OF PENNSYLVANIA** :

**COUNTY OF BUCKS** :

**R. ANTHONY MICHETTI,** being duly sworn according to law, hereby deposes and says that he is the **Attorney for the Defendant** in the attached matter, and being authorized so to do, does take this Verification stating that the facts contained in the foregoing are true and correct to the best of his information, knowledge and belief.

This Verification being subject to 18 Pennsylvania Consolidated Statutes, Section 4904 which provides for certain penalties for making false statements.

                                      **MARSHALL, DENNEHEY, WARNER COLEMAN AND GOGGIN**

                                      **By:** _____
                                            **R. ANTHONY MICHETTI, ESQUIRE**

DATED: _____