\04_A\LIAB\MXK\SLPG\86673\CLT\21085\00115
21085.00118.041.

| | |
|---|---|
| R. Anthony Michetti, Esquire | |
| Attorney I.D. # 30049 | |
| MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN | Attorney for Alpha Sprinkler, Inc. |
| 10 N. Main Street, 2nd Floor | |
| Doylestown, PA 18901 | |
| Telephone 267-880-2020 | |
| Fax 215-348-5439 | |

**UNITED STATES DISTRICT COURT IN THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY OF DELAWARE, AS SUBROGEE OF NATIONAL ASSISTED LIVING A/K/A LIBERTY HEALTHCARE | : : : : | NO. 02-3578 |
| vs. | : : | |
| ALPHA SPRINKLER, INC., and CENTRAL SPRINKLER COMPANY | : : | |

**DEFENDANT, ALPHA SPRINKLER, INC.'S REPLY TO CROSSCLAIM OF THIRD PARTY DEFENDANT, SIEMENS BUILDING TECHNOLOGIES, INC., CONTAINED IN ITS ANSWER AND AFFIRMATIVE DEFENSES TO THIRD PARTY COMPLAINT OF DEFENDANT, CENTRAL SPRINKLER COMPANY**

40.   This is an incorporation paragraph to which no response is required.

41.   Denied.

42.   Denied.

WHEREFORE, answering Defendant demands judgment in its favor and against all parties.

                                              MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

                                              BY: _____
                                                   R. ANTHONY MICHETTI, ESQUIRE

                                            DATE: _____

# V E R I F I C A T I O N

**STATE OF PENNSYLVANIA** :

**COUNTY OF BUCKS** :

**R. ANTHONY MICHETTI,** being duly sworn according to law, hereby deposes and says that he is the **Attorney for the Defendant** in the attached matter, and being authorized so to do, does take this Verification stating that the facts contained in the foregoing are true and correct to the best of his information, knowledge and belief.

This Verification being subject to 18 Pennsylvania Consolidated Statutes, Section 4904 which provides for certain penalties for making false statements.

                          **MARSHALL, DENNEHEY, WARNER
COLEMAN AND GOGGIN**

                          **By:** _____
                                **R. ANTHONY MICHETTI, ESQUIRE**

DATED: _____