IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY OF DELAWARE | : | CIVIL ACTION |
| | : | |
| v | : | |
| | : | |
| ALPHA SPRINKLER, INC., ET AL. | : | NO. 02-CV-3578 |

**O R D E R**

AND NOW, this          day of July, 2003, upon consideration of the parties' execution of the "Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction" and the "Order of Reference," IT IS HEREBY ORDERED that this case is referred to United States Magistrate Judge Jacob P. Hart, to conduct all further proceedings, including the entry of judgment. Counsel shall contact Judge Hart's chambers (215-597-2733) within one week of the date of this order to schedule further proceedings.

BY THE COURT:

_____
BERLE M. SCHILLER, J.

COPIES FAXED TO:
Judge Jacob P. Hart  215-580-2163