IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROYAL INDEMNITY COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALPHA SPRINKLER, INC. and CENTRAL SPRINKLER COMPANY | : | NO. 02-3578 |
| | : | |

SECOND AMENDED SCHEDULING ORDER

AND NOW, this 18th day of August, 2003, following a conference with counsel for the parties, IT IS HEREBY ORDERED that:

1. The Court's Scheduling Order dated January 23, 2003, is VACATED;

2. A settlement conference will be held on **TUESDAY, OCTOBER 14, 2003 at 10:00 a.m.**, in Room 3041. The senior attorney in charge of the matter for each of the parties, **AND THE PARTIES THEMSELVES,** or if a corporation, an official of the corporation with settlement authority are required to attend the conference in person. Counsel are directed to fax confidential position papers not longer than 2 pages directly to Chambers (fax. no. 215-580-2163) not later than 2 business days prior to the date of the conference. The position paper should address the party's settlement position, as well as any other issue that counsel believes will be of assistance to the Court in helping the parties resolve this matter. THIS DOCUMENT IS NOT TO BE SHARED WITH OPPOSING COUNSEL NOR FILED OF RECORD. THIS IS FOR JUDGE HART'S EYES ONLY;

3. All fact discovery shall be completed by **NOVEMBER 14, 2003**;

4. All Plaintiff's expert reports shall be disclosed by **NOVEMBER 28, 2003**;

5. All Defendants' expert reports shall be disclosed by **DECEMBER 12, 2003**;

6. All dispositive motions and Daubert motions shall be filed on or before **DECEMBER 26, 2003**, **with courtesy copies hand delivered to chambers on the day of filing**;

7.  All Motions in Limine shall be filed by **JANUARY 12, 2004**, **with courtesy copies hand delivered to chambers on the day of filing**;

8.  A Pretrial Stipulation, signed by all counsel, shall be filed by **JANUARY 12, 2004**.  (See Standing Order Re Pretrial Stipulation, attached hereto);

6.  A final pretrial conference and  JURY SELECTION will take place on **MONDAY, JANUARY 26, 2004 at 9:30 a.m.**, WITH TRIAL TO COMMENCE IMMEDIATELY THEREAFTER.


BY THE COURT:


_____
Jacob P. Hart
UNITED STATES MAGISTRATE JUDGE

cc:  Faxed to:    J. Georges, Esq.; M. Conroy, Esq.; R. Hohn, Esq.; E. S. Murphy, Esq.; S. Nelson, Esq.;

JUDGE HART'S STANDING ORDER RE PRETRIAL STIPULATION

(JURY TRIAL)

In lieu of pretrial memoranda or a Final Pretrial Order, under Local Rules 16.1(d)(1) and (2), a Pretrial Stipulation shall be submitted, containing the following:

1. Agreed facts. A conscientious effort should be made to narrow the areas of dispute.

2. Each party's disputed facts.

3. Each party's exhibits, as marked for trial. (Any objections to authenticity should be noted or will be considered waived. Exhibits shall be provided to the Court in the form of two, jointly prepared, loose leaf Exhibit Books, each separately numbering Joint Exhibits, Plaintiff's Exhibits, and Defendant's Exhibits.)

4. Each party's witnesses and the subject matter of the witness's testimony. (PLEASE NOTE: IF YOU WILL BE USING VIDEO EQUIPMENT TO PRESENT THE TESTIMONY OF A WITNESS, YOU MUST EITHER SUPPLY THAT EQUIPMENT OR REQUEST AT LEAST TWO WEEKS BEFORE TRIAL THAT THE COURT RESERVE EQUIPMENT FOR YOU)

5. Unusual issues - contentions and authority.

6. Proposed voir dire questions, requests for jury instructions, and a proposed jury verdict form. Counsel shall make a good faith effort to agree upon as many of these items as possible. ( THESE ITEMS ARE TO BE SUBMITTED ON DISK (WORDPERFECT IF POSSIBLE) AS WELL AS IN HARD COPY.)

7. The signed approval of trial counsel for each party.

IT SHALL BE THE RESPONSIBILITY OF PLAINTIFF'S COUNSEL TO CIRCULATE A DRAFT OF THIS PRETRIAL STIPULATION AT LEAST ONE WEEK BEFORE IT IS DUE.